IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMAR GRIFFIN,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LT. MOODY,** *et al.*, | : | **No. 19-4671** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 22nd day of October, 2020, upon consideration of the Court's prior Order dismissing Mr. Griffin's Claim for Deliberate Indifference (Doc. No. 11), Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 18), the Court's prior Orders extending Mr. Griffin's time to respond (Doc. Nos. 19, 20, 21, 22, 23, 24, 25), and the Court's prior Order denying Mr. Griffin's Request for Additional Time (Doc. No. 26), it is **ORDERED** that Defendants' Motion (Doc. No. 18) is **DEEMED MOOT** in part and **DENIED** in part.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1