IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMAR GRIFFIN,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **LT. MOODY** *et al.*, *Defendants* | : : : | **No. 19-4671** |

## ORDER

**AND NOW**, this 6th day of July, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 34), Defendants' Statement of Undisputed Material Facts (Doc. No. 35), the Court's prior Order extending Plaintiff's time to respond to the Motion (Doc. No. 36), and Plaintiff's Response in Opposition to the Motion (Doc. No. 37), it is **ORDERED** that Defendants' Motion (Doc. No. 34) is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**